389 A.2d 179

Commonwealth v. Shunnara, Appellant.

Submitted March 14, 1977. Anthony S. Federico, Jr., and Philip D. Freedman, Assistant Public Defenders, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.